UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cr-147-MOC-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSE CARMEN SOSA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** comes before the Court on Defendant's pro se Motion to Reduce Sentence Pursuant to the First Step Act. (#115).

Having reviewed Defendant's Motion, the Court finds that a response from the Government is needed to fully consider their merits. Accordingly, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's pro se Motion to Reduce Sentence Pursuant to the First Step Act, (#115), within 20 days of the entry of this Order.

Signed: July 26, 2022

Max O. Cogburn Jr.
United States District Judge